# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juana Mares Figueroa,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Serenity Luxury Living, LLC, Giselle Auditore, and Giselle Vasquez,<br><br>　　　　　　Defendants. | No. 4:23-CV-00129-TUC-LCK<br><br>**ORDER** |

The Court has received and considered the Plaintiff's Motion to Substitute Counsel With Client Permission and finding good cause exists,

**IT IS ORDERED** that the Motion to Substitute Counsel (Doc. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that Nicholas J. Enoch and Margot I. Veranes, of LUBIN & ENOCH, P.C., are now the attorney of record for Plaintiff. Shefali Milczarek-Desai, of the Workers Rights Clinic at the University of Arizona College of Law, is terminated as counsel for Plaintiff.

Dated this 13th day of April, 2023.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge