# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juana Mares Figueroa, in her individual capacity,<br><br>    Plaintiff,<br><br>v.<br><br>Serenity Luxury Living, LLC, an Arizona limited liability company, *et al*.,<br><br>    Defendants. | No. 4:23-CV-00129-TUC-LCK<br><br>**ORDER** |

  The Court has received and considered Plaintiff Juana Mares Figueroa's Motion for Alternate Service.

  Good cause appearing therefor,

  **IT IS ORDERED** that Plaintiff's Motion for Alternative Service (Doc. 19) is **GRANTED**. Plaintiff shall include this Order with the Summons and Complaint for service.

  **IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant Giselle Auditore via certified mail at 9257 East 39th Street, Tucson Arizona 85730-2109; 1910 Robinson Street, Perris, California 9250[1]; and 12515 Silver Dollar Drive, Odessa, Florida 33556-2237.

---

[1] It appears the zipcode, and possibly the street number, as provided by Plaintiff are not correct for the Perris, California address.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant Giselle Auditore via email to giselleauditore@gmail.com.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant Giselle Vasquez via certified mail at 9257 East 39th Street, Tucson Arizona 85730-2109.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant Serenity Luxury Living, LLC by delivering two copies of the required court papers to the Arizona Corporation Commission.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Giselle Auditore, Giselle Vasquez, and Serenity Luxury Living LLC by emailing their counsel, Victoria Hawley Crittenden of Davis Miles McGuire Gardner, PLLC.

Dated this 26th day of June, 2023.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge