**Spire Law, LLC**
Whitney M. DuPree, Esq. (AZ Bar No. 035061)
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Email: whitney@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Juana Mares Figueroa, in her individual capacity,**<br><br>Plaintiff,<br><br>v.<br><br>**Serenity Luxury Living, LLC, an Arizona limited liability company, Giselle Auditore, a proprietor /statutory agent,. Giselle Vasquez, proprietor/ statutory agent, Giselle Auditore, in her individual capacity, John Doe Auditore and Giselle Auditore, husband and wife, Giselle Vasquez in her individual capacity, John Doe Vasquez and Giselle Vasquez, husband and wife;**<br><br>Defendants. | 4:23-cv-00129-TUC-LCK<br><br>**DEFENDANTS' NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE AND DESIGNATION
OF EMAIL ADDRESSES**

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire of Spire Law, LLC, as Attorneys for Defendants, Serenity Luxury Living LLC, Giselle Auditore, and Giselle Vasquez, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

In accordance with the Arizona Rule of Civil Procedure, Whitney M. DuPree, Esquire, and

the law firm of Spire Law LLC hereby designates the following email addresses:

| **Primary Email Address** | **Secondary Email Address** |
|---|---|
| whitney@spirelawfirm.com | sarah@spirelawfirm.com <br><br> filings@spirelawfirm.com |

Dated this 20th day of July 2023.

    Respectfully submitted,
SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Whitney DuPree*
Whitney DuPree, Esq.
Arizona Bar No. 4027447
whitney@spirelawfirm.com
filings@spirelawfirm.com
sarah@spirelawfirm.com

***Attorneys*** *for Defendants*

Original electronically filed
this 20th day of July, 2023, to:

Margot Veranes
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003
602-234-0008
Fax: 602-626-3586
margot@lubinandenoch.com
nick@lubinandenoch.com
*Attorneys for Plaintiff*