**LUBIN & ENOCH, P.C.**
Nicholas J. Enoch (State Bar No. 016473)
Clara S. Bustamante (State Bar No. 036044)
Margot Veranes (State Bar No. 037194)
349 North Fourth Avenue
Phoenix, Arizona 85003
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
E-mail: nick@lubinandenoch.com
Email: clara@lubinandenoch.com
E-mail: margot@lubinandenoch.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Juana Mares Figueroa, | Case No. 4:23-CV-00129-TUC-JAS-LCK |
| Plaintiff, | **PLAINTIFF'S NOTICE OF ATTORNEY NAME CHANGE** |
| v. | |
| Serenity Luxury Living, LLC, *et. al*; | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 83.3(d), Plaintiff files this Notice of Name Change. Specifically, Plaintiff's counsel, Clara S. Acosta, has legally changed her last name and is now Clara S. Bustamante.

Respectfully submitted this 2nd day of November, 2023.

LUBIN & ENOCH, P.C.

/s/ Clara S. Bustamante
Clara S. Bustamante, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2023, I electronically transmitted the attached Notice to the Clerk's Office using the ECF System for filing.

/s/ Cristina Gallardo-Sanidad