**Spire Law, LLC**
Whitney M. DuPree, Esq. (AZ Bar No. 035061)
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Email: whitney@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Juana Mares Figueroa, in her individual capacity, | Case No. 4:23-cv-00129-TUC-LCK |
| Plaintiff, | |
| v. | |
| Serenity Luxury Living, LLC, an Arizona limited liability company, Giselle Auditore, a proprietor /statutory agent,. Giselle Vasquez, proprietor/ statutory agent, Giselle Auditore, in her individual capacity, John Doe Auditore and Giselle Auditore, husband and wife, Giselle Vasquez in her individual capacity, John Doe Vasquez and Giselle Vasquez, husband and wife; | |
| Defendants. | |

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Serenity Luxury Living LLC, Giselle Auditore, and Giselle Vasquez, ("Defendants"), by and through their undersigned counsel, respectfully move for an extension

1

*Spire Law, LLC*
*2572 W. State Rd. 426, Suite 2088*
*Oviedo, FL 32765*

of time up to and including December 6, 2023, for Defendants to answer, move or otherwise respond to Plaintiff's Amended Complaint, and states the following in support:

1. On or about October 27, 2023, Plaintiff filed his Amended Complaint. (Doc 44.)

2. Accordingly, the defendants' answer to the Amended Complaint is due November 6, 2023.

3. Defendant, Giselle Auditore, has just given birth to a child this week, and requires additional time to adequately respond to the Amended Complaint.

4. Counsel for Defendants contacted Plaintiff's counsel and requested that Plaintiff consent to Defendants' Motion for an extension of time to respond to the Amended Complaint.   Plaintiff does not oppose the relief requested herein.

5. This extension is not being sought for purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b).

7. The Defendants' request for an extension of the deadline is based on good cause, made in good faith, and does not prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests an extension of time up to and including December 6, 2023, for Defendants to answer, move or otherwise respond to Plaintiff's Amended Complaint.

www.spirelawfirm.com
Employment Attorneys

Dated this 3rd day of November 2023.

Respectfully submitted,
SPIRE LAW, LLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765

By:*/s/ Whitney DuPree*
Whitney DuPree, Esq.
Arizona Bar No. 4027447
whitney@spirelawfirm.com
filings@spirelawfirm.com
sarah@spirelawfirm.com

**Attorneys for** *Defendants*

Original electronically filed
this 3rd day of November, 2023, to:

Margot Veranes
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003
602-234-0008
Fax: 602-626-3586
margot@lubinandenoch.com
nick@lubinandenoch.com
*Attorneys for Plaintiff*

www.spirelawfirm.com
Employment Attorneys