UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

_____

| | |
|---|---|
| Juana Mares Figueroa, in her individual capacity,<br><br>    Plaintiff,<br><br>v.<br><br>Serenity Luxury Living, LLC, an Arizona limited liability company, Giselle Auditore, a proprietor /statutory agent,. Giselle Vasquez, proprietor/ statutory agent, Giselle Auditore, in her individual capacity, John Doe Auditore and Giselle Auditore, husband and wife, Giselle Vasquez in her individual capacity, John Doe Vasquez and Giselle Vasquez, husband and wife;<br><br>    Defendants. | Case No. 4:23-cv-00129-TUC-LCK |

_____

### [Proposed] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

**THIS MATTER** is before the Court on Defendant's Unopposed Motion For Extension of Time To Respond To Plaintiff's Amended Complaint. The Court, having reviewed the motion and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. Defendants shall have until December

6, 2023, to answer, move or otherwise respond to Plaintiff's Amended Complaint.

    **SO ORDERED** this ___ day of _____, 2023.

_____
The Honorable Lynnette C. Kimmins
United States Magistrate Judge